UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES O. RIGGS, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10-CV-793 CAS |
| CITY OF OWENSVILLE, ROBERT RICKERD, SCOTT GRIFFIN, BETTY POST SICKENDICK, JESSICA HOYT, BILLY COELLO, and RONALD DEAN LANG, | ) |
| Defendants. | ) |

## PARTIAL JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that judgment is entered in favor of remaining defendant Ronald Dean Lang and against plaintiff on plaintiff's civil conspiracy claim under 42 U.S.C. § 1985(3).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  4th  day of May, 2011.